IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARIE HITE and PATRICK PLEASANT                                            PLAINTIFFS

v.                                  No. 4:15CV00491 JLH

JEFFERSON COUNTY DEPARTMENT OF
CHILDREN AND FAMILY SERVICES; and
ERNEST BROWN, Judge, Juvenile County
Circuit Court, 6th Division                                                DEFENDANTS

# ORDER

Marie Hite and Patrick Pleasant have commenced this action against Jefferson County Department of Children and Family Services and the Honorable Ernest Brown, a circuit judge who presides over juvenile court in Jefferson County. The complaint alleges:

> Factual basis for lawsuit to get my children out of state custody. To have Judge Brown and Department of Children and Family Services find [sic] for insubordination and failure to allow me to plea my case. [Document #2 at 2.]

A United States District Court has jurisdiction only over two kinds of actions. First, a United States District Court may have jurisdiction over an action that arises under the laws and constitution of the United States. 28 U.S.C. § 1331. Second, a United States District Court may have jurisdiction over an action in which the parties are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. This action meets neither criteria. It does not arise under the constitution or laws of the United States, nor are the parties diverse in citizenship. Therefore, this Court lacks jurisdiction. The complaint of Marie Hite and Patrick Pleasant is dismissed without prejudice. The motion for leave to proceed *in forma pauperis* is denied as moot.

IT IS SO ORDERED this 11th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE